John M. Furr and Amanda M. Furr, Appellants, v. Shelby Loan and Trust Company et al., Appellees.

Gen. No. 9,489.

opinion filed February 28, 1946; released for publication March 26, 1946. A. L. Yantis and U. G. Ward, for appellants; Wm. H. Craig and John J. Baker, for appellees. Opinion by JUSTICE DADY. **Not to be published in full.**